# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF GEORGIA

United States of America
v.

**JONES, JAMES M**
**208 JONES MILL CIRCLE**

**GRAY, GA 31032**

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| GM7 | 2521424 | 07/18/2015 |
| | 5:16MJ2 | |
| Offense(s) | | Amount Due |
| TRESPASSING ON A NATIONAL WILDLIFE REFUGE | | $125.00 |

1620  0602 - 1462 I

## ARREST WARRANT  F:d-186 4552

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued:  **01/05/2016**

s/Charles H. Weigle, U.S. Magistrate Judge

*Judge's signature*
**HON. CHARLES H. WEIGLE**

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | 01-06-16 | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 06-24-16 | Twiggs Co Jail |

Name: Don Haney    Title: C1 DUSM    District: M/GA
Date: 062416    Signature: [signature]